UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | Violation: |
| | : | |
| DECARLOS A. MOORE, | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Armed Carjackings) |
| Defendant. | : | |

I N F O R M A T I O N

The United States informs the Court that:

COUNT ONE

On January 2, 2003, within the District of Columbia and the State of Maryland, DECARLOS A. MOORE, unlawfully, knowingly, and willfully did conspire with other individuals whose identities are known to the government to commit an armed carjacking, in violation of Title 18, United States Code, Section 2119.

Object of the Conspiracy

The object of the conspiracy was to carjack and steal two cars and other valuables at gunpoint from drug dealers at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.

Overt Acts in Furtherance of the Conspiracy

During the course of and in furtherance of the conspiracy, members of the conspiracy did commit, among others, the following overt acts:

1. In the early evening hours of January 2, 2003, members of the conspiracy agreed and conspired to participate in an armed robbery and carjacking at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.

2. Before the armed robberies and carjackings took place, members of the conspiracy met in the Taft Terrace neighborhood in upper northeast, Washington, D.C.

3. After meeting in the Taft Terrace neighborhood in upper northeast, Washington, D.C., members of the conspiracy drove by the Amoco Station and spotted their intended targets, who were at the Station by two cars, a dark-colored four-door Cadillac Concourse and a blue four-door Lincoln Town Car.

4. One of the targets of the planned robberies and carjackings was known as "Fats" or "Fat Lontay" (Delonta Jackson). Another was known as "John" (John Crawford). Members of the conspiracy knew that these individuals were drug dealers who regularly engaged in that activity at the Amoco Station. Members of the conspiracy believed that these individuals, beyond their cars, would be likely to have money, drugs, guns, and other items of value.

5. Members of the conspiracy agreed to rob "Fats" or "Fat Lontay" (Delonta Jackson) and "John" (John Crawford) at gunpoint and steal the cars – the Cadillac and the Lincoln – that were at the Amoco Station with them. To that end, members of the conspiracy armed themselves with pistols.

6. Members of the conspiracy stopped near the Amoco Station where three of the conspirators got out in order to go and actually commit the robberies and carjackings. These three members of the conspiracy walked onto the lot of the Amoco Station.

7. Members of the conspiracy forced "Fats" or "Fat Lontay" (Delonta Jackson), "John" (John Crawford), and a third individual who was with them, to the ground. Members of the conspiracy searched "Fats" or "Fat Lontay" (Delonta Jackson), "John" (John Crawford), and a third individual who was with them, removing cash from all three and taking a jacket from "Fats" or "Fat Lontay" (Delonta Jackson).

8. One member of the conspiracy took the Cadillac belonging to "John" (John Crawford) and drove it first to the Taft Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

9. Two members of the conspiracy took the Lincoln, listed to Obral Vance, and drove it first to the Taft Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

10. Members of the conspiracy searched the Cadillac and the Lincoln and removed items of value from both cars.

(Conspiracy, in violation of Title 18, United States Code, Section 371).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)