UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the **21d** day of **February**, 20**06**

UNITED STATES OF AMERICA

vs

**Decarlos A. Moore**

CRIMINAL NO. **05-0380** ~~05-535~~

MAGISTRATE NO. **05-0535**

THIS NUMBER REPLACES _____

### ORDER FOR RELEASE OF DEFENDANT

IT IS ORDERED that the above named defendant be released from further custody: (IN THIS CASE ONLY)

✓ _____ **ON BOND** (the bond requirements having been satisfied in this case)

_____ **ON DISMISSAL** (a dismissal having been entered in this case)

_____ **VERDICT "NOT GUILTY"** (the defendant having been found not guilty of all charges in this case)

_____ **ON PROBATION** (the defendant having been placed on probation in this case)

_____ **SENTENCED TO TIME SERVED**

By the Court: **JAMES ROBERTSON, U.S. DISTRICT JUDGE**

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk     (Seal)