UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Docket No. CR-05-380 (JR) |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | |
| | : | |
| DECARLOS A. MOORE, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION AND MEMORANDUM
IN SUPPORT OF MOTION FOR SENTENCING DEPARTURE

The United States of America, by its counsel, the United States Attorney for the District

of Columbia, pursuant to 18 U.S.C. § 3553(e) and Section 5K1.1 of the United States Sentencing

Guidelines, respectfully submits this motion and memorandum in support of its request for a

sentencing departure for defendant DeCarlos A. Moore, who has provided substantial assistance

to law enforcement authorities in the investigation and prosecution of others.

I. Introduction

On November 9, 2005, Moore entered a guilty plea to conspiracy to commit armed

carjacking, in violation of 18 U.S.C. § 371.  Absent a sentencing departure under the Guidelines,

according to the calculations set forth in the Presentence Investigation Report, Moore faces a

sixty month, or five year, prison term.  Moore, however, negotiated a plea agreement that

provided him with the opportunity to work towards a sentencing departure by rendering

substantial assistance in the investigation and prosecution of others.  In the government's view,

for the reasons specified in this memorandum, Moore has provided such assistance and,

accordingly, has earned a sentencing departure.

## II.  Procedural Background

DeCarlos A. Moore, as noted , entered a guilty plea under seal to conspiracy to commit armed carjacking, in violation of 18 U.S.C. § 371, on November 9, 2005.   At the time, bond was academic given that Moore was serving a sentence imposed on him following his convictions in 2003 for armed robbery and using a firearm during the commission of a felony in the Circuit Court of Alexandria, Virginia.  Moore, accordingly was held without bond. On February 21, 2006, having completed service of his sentence in Virginia, Moore was conditionally released pending sentencing.  He has remained in that status ever since.

## III.  Factual Background

On January 2, 2003, DeCarlos A. Moore conspired with others to participate in an armed robbery and carjacking at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.   Other members of the conspiracy included Darryl M. Woodfork, also known as "D," Duane O. Sanders, also known as "Squeaky," Erick C. McNair, also known as "Nut" or "Peanut," and Simmeon Williams, also known as "Sim," all of whom were members or associates of the Taft Terrace Crew, a drug-based criminal enterprise centered in the Taft Terrace neighborhood in upper Northeast, Washington, D.C.

In the late afternoon and early evening hours of January 2, 2003, Moore and other conspirators drove by the Amoco Station and spotted their intended targets, two of whom were at the Station by the cars with which they were closely associated, a dark-colored four-door Cadillac Concourse and a blue four-door Lincoln Town Car.  The targets were drug dealers who regularly engaged in that activity at the Amoco Station.  Moore and his conspirators believed that these individuals would be likely to have money, drugs, guns, and other items of value.

-2-

After verifying that the targets were at the Amoco Station, Moore and fellow conspirators met in the Taft Terrace neighborhood in upper northeast, Washington, D.C., where they engaged in further discussions about the planned robbery and carjackings. The conspirators decided that three of those among them, including Moore, would actually commit the robbery and carjackings while other conspirators would play a supportive role. Moore was armed with an unloaded semi-automatic pistol that did not have a magazine, and accordingly was not operable.

The conspirators drove from the Taft Terrace neighborhood back to the Amoco Station, a short drive up 22nd Street, N.E. Moore, McNair, and Williams gathered behind a fence near the Station. Their faces concealed with hoods or masks, Moore, McNair, and Williams walked onto the grounds of the Amoco Station. Moore was armed as previously described. McNair, armed with two pistols, one of which belonged to Darryl Woodfork, forced three individuals to the ground while Williams, who was unarmed, searched two of the victims and stole personal property of value. Conspirator Woodfork watched these events from his car, a black Ford Taurus SHO, which was parked on the grounds of the Amoco Station.

Gun in hand, Moore went to the Cadillac Concourse, which belonged to John Crawford, soon after the robbery began. The engine was running and the keys were in the ignition. Moore got into the Cadillac and drove it from the Amoco Station, going first to the Taft Terrace neighborhood before driving it to Fort Lincoln, another nearby neighborhood in Northeast, Washington, D.C. Soon after Moore arrived in the Fort Lincoln neighborhood driving the stolen Cadillac, two other conspirators, McNair and Williams, arrived there in the stolen blue Lincoln Town Car. Members of the conspiracy, joined by another individual, Vernon McKenzie, thoroughly searched the stolen cars, removing items of value from both cars.

-3-

IV. <u>Substantial Assistance</u>

A marginal figure in the Taft Terrace investigation, DeCarlos Moore became a person of interest in the investigation because he is the brother of Akia Schools, the wife of Darryl Woodfork, one of the lead targets in the investigation. Moore was determined to be serving a sentence in Virginia and was brought to this jurisdiction on a writ. When he arrived here counsel was appointed for him and, through counsel, Moore agreed to be debriefed. At the debriefing Moore was cooperative. As it turned out, he had valuable information pertaining to a few of the crimes that figured into the Taft Terrace investigation. Although he was not a member of the Taft Terrace Crew, the criminal enterprise that was at the center of the racketeering prosecutions stemming from the Taft Terrace investigation, Moore also was involved with persons who were members of that enterprise in the commission of the robberies and the double carjacking that were the subject of Moore's guilty plea. Moore readily admitted his involvement in those crimes and formally accepted responsibility for them through entry of his guilty plea.

After entering his guilty plea, Moore testified in the District Court grand jury conducting the Taft terrace investigation. Moore's grand jury testimony there contributed to the successful prosecution of at least three other individuals, those being Darryl Woodfork, Anthony Nelson, and Erick McNair. In a separate appearance before a Superior Court grand jury, Moore also testified about a murder unrelated to the Taft Terrace investigation, contributing to the indictment of an individual named Earlfonzo Love.

In the District Court grand jury, Moore provided helpful information about a shooting that occurred at about 12:05 a.m on February 27, 2002. At that time Moore was with three members of the Taft Terrace Crew, Darryl Woodfork, Dwight Cave, and Andre Williams. The

-4-

four were in a two tone blue 1990 GMC Vandura Van that was at 22nd and Perry Streets, N.E.
Unidentified assailants opened fire at the van, riddling it with bullets.  In the course of events
pertaining to this incident, Moore was shot in his right foot, resulting in his hospitalization at the
Washington Hospital Center.

The Taft Terrace investigation showed that in the aftermath of the van shooting, Darryl
Woodfork formed a conspiracy to retaliate violently against those he believed were responsible
for the shooting.  On June 28, 2006, Woodfork entered a guilty plea to a five count information
charging him with participation in a RICO enterprise through a pattern of racketeering activity
(predicated on eighteen separate racketeering acts), conspiracy to make false statements in
purchase of firearms, felonious destruction of property, and two counts of murder in aid of
racketeering activity (RICO Murder).  One of the eighteen racketeering acts that Woodfork
accepted responsibility for (Racketeering Act 4) was conspiracy to commit murder in the
aftermath of the van shooting on February 27, 2002.  Moore's testimony about that shooting thus
contributed to that portion of Woodfork's comprehensive guilty plea.

Moore's guilty plea to the carjacking conspiracy and his grand jury testimony about the
events that were committed in furtherance of that conspiracy also contributed to another part of
Woodfork's guilty plea.  Three of the racketeering acts that Woodfork accepted responsibility for
(Racketeering Acts 5, 6, and 7) stemmed from that event.  In Racketeering Act 5, Woodfork
accepted responsibility for the robberies of John Crawford, Delonta Jackson, and Corey Rious on
January 2, 2003.  In Racketeering Acts 6 and 7, respectively, Woodfork accepted responsibility
for the interstate transportation of John Crawford's black Cadillac Concourse and Obral Vance's
blue Lincoln Town car, the two cars taken in the carjackings.  Here again, Moore's guilty plea

and testimony contributed to a portion of Woodfork's comprehensive guilty plea.

Moore's District Court grand jury testimony about the carjacking conspiracy also contributed to the indictment and successful prosecution of Erick C. McNair, known as "Nut" or "Peanut," for his role in the three robberies and the two carjackings that flowed from the conspiracy. A twelve count indictment was returned against McNair (Docket No. CR-06-121 (JR)). On October 6, 2006, McNair entered a non-cooperation guilty plea to conspiracy to commit armed carjackings. McNair, who is otherwise serving a combined seven year sentence in Maryland, is scheduled for sentencing before this Court on December 19, 2006.

Finally, apart from his cooperation in the larger Taft Terrace investigation, Moore also cooperated in a separate Superior Court homicide investigation conducted by Assistant United States Attorney Jean Sexton.  This occurred after it was learned that Moore might have information about the murder of Carrington Hooper, who was killed in the 3600 block of Eastern Avenue, N.E., on June 1, 2006. Relative to that murder, Moore appeared before a Superior Court grand jury on August 29, 2006. His testimony contributed to the indictment of Earlfonzo Love (Docket No. 2006-CF1-019579).  Although Moore's testimony was helpful, and strongly implicated Love, who Moore also identified from a photo spread, the government does not anticipate using Moore at trial given the overall strength of the government's case.

## V.  Conclusion

For the foregoing reasons, the government asks this Court to find that DeCarlos A. Moore has rendered substantial assistance to law enforcement in the investigation and prosecution of others, and therefore is entitled to a sentencing departure. Our recommendation is that Moore be sentenced to time served, that he be ordered to render fifty hours of community service,  and that

he be placed on supervised release for a period of three years, that term to run concurrent to the

probationary sentence that Moore is currently serving in Virginia.  Moore served three years in

prison in Virginia for crimes he committed a few weeks after the robberies and carjackings at

issue in this case.  He is on probation in Virginia for six and a half years, over five of which are

still before him, and has nine and half years of back-up time in that jurisdiction.  That sword of

Damocles, when combined with another period of supervised release owed to this Court,

hopefully will suffice to give Moore the incentive he needs to avoid further criminal behavior.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY

                By:   _____

                         MICHAEL D. BRITTIN
                         RACHEL CARLSON LIEBER
                         Assistant United States Attorneys
                         555 4th Street, N.W.
                         Washington, D.C. 20530
                         (202) 307-0106 (MDB)
                         (202) 353-8055 (RCL)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion was delivered by first-class mail to counsel for

the defendant, Joseph Conte, Esq., 400 Seventh Street, N.W., Suite 400, Washington, D.C.

20004, on this _____ day of November, 2006.


_____
Michael D. Brittin
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA   :    Docket No. CR-05-380 (JR)
                                      :
            v.                   :    <u>FILED UNDER SEAL</u>
                                        :
DECARLOS A. MOORE            :

_____

<u>ORDER</u>

Upon consideration of the Government's Motion for a sentencing departure, the

supporting memorandum, and the entire record herein, it is this 17th day of November, 2006,

ORDERED, that this Court finds that the Government has met its burden of

demonstrating that the defendant has rendered substantial assistance to the Government in the

investigation of others involved in criminal conduct, and it is further,

ORDERED, that the Court finds that the defendant is eligible to receive a sentencing

departure pursuant to the provisions of § 5K1.1 of the United States Sentencing Guideline

Manual and § 3553(e) of Title 18 of the United States Code.


_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE


Copies to:

Michael D. Brittin
Assistant United States Attorney
555 4th Street, N.W., Room 9405
Washington, D.C. 20530

Joseph Conte, Esq.
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004